JS 44C/SDNY
REV. 5/2010

**JUDGE COTE**    **CIVIL COVER SHEET**    13 CV 1045



The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

FEB 1 4 2013

| PLAINTIFFS | DEFENDANTS |
|---|---|
| United States of America, on behalf of Small Business Administration | Elk Associates Funding Corp. |

| ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) | ATTORNEYS (IF KNOWN) |
|---|---|
| Preet Bharara by AUSA Louis A. Pellegrino U.S. Attorney's Office, 86 Chambers Street, 3rd Floor New York, NY 10007 | Philip C. Feigen, Esq., Patton Boggs, LLP, 2550 M Street, NW Washington, D.C. 20037 |

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Action by the Government to enforce the terms of a Consent Order for Receivership pursuant to 15 U.S.C. § 661 et seq.

Has this or a similar case been previously filed in SDNY at any time? No? [✓] Yes? [ ]    Judge Previously Assigned

If yes, was this case Vol.[ ] Invol. [ ] Dismissed. No[ ] Yes [ ] If yes, give date _____ & Case No. _____

*(PLACE AN [x] IN ONE BOX ONLY)*    NATURE OF SUIT

**ACTIONS UNDER STATUTES**

| TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|

**CONTRACT**

| | PERSONAL INJURY | PERSONAL INJURY | | | |
|---|---|---|---|---|---|
| [ ] 110 INSURANCE | [ ] 310 AIRPLANE | [ ] 362 PERSONAL INJURY - MED MALPRACTICE | [ ] 610 AGRICULTURE | [ ] 422 APPEAL 28 USC 158 | [ ] 400 STATE REAPPORTIONMENT |
| [ ] 120 MARINE | [ ] 315 AIRPLANE PRODUCT LIABILITY | | [ ] 620 OTHER FOOD & DRUG | [ ] 423 WITHDRAWAL 28 USC 157 | [ ] 410 ANTITRUST |
| [ ] 130 MILLER ACT | [ ] 320 ASSAULT, LIBEL & SLANDER | [ ] 365 PERSONAL INJURY PRODUCT LIABILITY | [ ] 625 DRUG RELATED SEIZURE OF PROPERTY | | [ ] 430 BANKS & BANKING |
| [ ] 140 NEGOTIABLE INSTRUMENT | [ ] 330 FEDERAL EMPLOYERS' LIABILITY | [ ] 368 ASBESTOS PERSONAL INJURY PRODUCT LIABILITY | 21 USC 881 | **PROPERTY RIGHTS** | [ ] 450 COMMERCE |
| [ ] 150 RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT | [ ] 340 MARINE | | [ ] 630 LIQUOR LAWS | [ ] 820 COPYRIGHTS | [ ] 460 DEPORTATION |
| | [ ] 345 MARINE PRODUCT LIABILITY | **PERSONAL PROPERTY** | [ ] 640 RR & TRUCK | [ ] 830 PATENT | [ ] 470 RACKETEER INFLU- ENCED & CORRUPT ORGANIZATION ACT (RICO) |
| [ ] 151 MEDICARE ACT | | | [ ] 650 AIRLINE REGS | [ ] 840 TRADEMARK | |
| [ ] 152 RECOVERY OF DEFAULTED STUDENT LOANS (EXCL VETERANS) | [ ] 350 MOTOR VEHICLE | [ ] 370 OTHER FRAUD | [ ] 660 OCCUPATIONAL SAFETY/HEALTH | | [ ] 480 CONSUMER CREDIT |
| | [ ] 355 MOTOR VEHICLE PRODUCT LIABILITY | [ ] 371 TRUTH IN LENDING | [ ] 690 OTHER | **SOCIAL SECURITY** | [ ] 490 CABLE/SATELLITE TV |
| [ ] 153 RECOVERY OF OVERPAYMENT OF VETERAN'S BENEFITS | [ ] 360 OTHER PERSONAL INJURY | [ ] 380 OTHER PERSONAL PROPERTY DAMAGE | **LABOR** | [ ] 861 HIA (1395ff) | [ ] 810 SELECTIVE SERVICE |
| [ ] 160 STOCKHOLDERS SUITS | | [ ] 385 PROPERTY DAMAGE PRODUCT LIABILITY | [ ] 710 FAIR LABOR STANDARDS ACT | [ ] 862 BLACK LUNG (923) | [ ] 850 SECURITIES/ COMMODITIES/ EXCHANGE |
| [X] 190 OTHER CONTRACT | | | [ ] 720 LABOR/MGMT RELATIONS | [ ] 863 DIWC/DIWW (405(g)) | [ ] 875 CUSTOMER CHALLENGE 12 USC 3410 |
| [ ] 195 CONTRACT PRODUCT LIABILITY | | | [ ] 730 LABOR/MGMT REPORTING & DISCLOSURE ACT | [ ] 864 SSID TITLE XVI | [ ] 890 OTHER STATUTORY ACTIONS |
| [ ] 196 FRANCHISE | | | [ ] 740 RAILWAY LABOR ACT | [ ] 865 RSI (405(g)) | [ ] 891 AGRICULTURAL ACTS |
| | **ACTIONS UNDER STATUTES** | | [ ] 790 OTHER LABOR LITIGATION | **FEDERAL TAX SUITS** | [ ] 892 ECONOMIC STABILIZATION ACT |
| | **CIVIL RIGHTS** | **PRISONER PETITIONS** | [ ] 791 EMPL RET INC SECURITY ACT | [ ] 870 TAXES (U.S. Plaintiff or Defendant) | [ ] 893 ENVIRONMENTAL MATTERS |
| **REAL PROPERTY** | [ ] 441 VOTING | [ ] 510 MOTIONS TO VACATE SENTENCE 20 USC 2255 | | [ ] 871 IRS-THIRD PARTY 26 USC 7609 | [ ] 894 ENERGY ALLOCATION ACT |
| [ ] 210 LAND CONDEMNATION | [ ] 442 EMPLOYMENT | [ ] 530 HABEAS CORPUS | **IMMIGRATION** | | [ ] 895 FREEDOM OF INFORMATION ACT |
| [ ] 220 FORECLOSURE | [ ] 443 HOUSING/ ACCOMMODATIONS | [ ] 535 DEATH PENALTY | [ ] 462 NATURALIZATION APPLICATION | | [ ] 900 APPEAL OF FEE DETERMINATION UNDER EQUAL ACCESS TO JUSTICE |
| [ ] 230 RENT LEASE & EJECTMENT | [ ] 444 WELFARE | [ ] 540 MANDAMUS & OTHER | [ ] 463 HABEAS CORPUS- ALIEN DETAINEE | | |
| [ ] 240 TORTS TO LAND | [ ] 445 AMERICANS WITH DISABILITIES - EMPLOYMENT | [ ] 550 CIVIL RIGHTS | [ ] 465 OTHER IMMIGRATION ACTIONS | | [ ] 950 CONSTITUTIONALITY OF STATE STATUTES |
| [ ] 245 TORT PRODUCT LIABILITY | | [ ] 555 PRISON CONDITION | | | |
| [ ] 290 ALL OTHER REAL PROPERTY | [ ] 446 AMERICANS WITH DISABILITIES -OTHER | | | | |
| | [ ] 440 OTHER CIVIL RIGHTS | | | | |

_Check if demanded in complaint:_

[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.? IF SO, STATE:

DEMAND $_____ OTHER _____    JUDGE _____ DOCKET NUMBER_____

_Check YES only if demanded in complaint_
JURY DEMAND: [ ] YES [✓] NO

NOTE: Please submit at the time of filing an explanation of why cases are deemed related.

*(PLACE AN  x  IN ONE BOX ONLY)*                    **ORIGIN**

[x] 1 Original    [ ] 2a. Removed from    [ ] 3 Remanded from    [ ] 4 Reinstated or    [ ] 5 Transferred from    [ ] 6 Multidistrict    [ ] 7 Appeal to District
Proceeding       State Court       Appellate Court       Reopened       (Specify District)       Litigation       Judge from

[ ] 2b. Removed from                                                  Magistrate Judge
State Court AND                                                 Judgment
at least one
party is pro se.

---

*(PLACE AN  x  IN ONE BOX ONLY)*      **BASIS OF JURISDICTION**      ***IF DIVERSITY, INDICATE***
                                                         ***CITIZENSHIP BELOW.***

[x] 1 U.S. PLAINTIFF    [ ] 2 U.S. DEFENDANT    [ ] 3 FEDERAL QUESTION    [ ] 4 DIVERSITY      ***(28 USC 1322, 1441)***
                                         (U.S. NOT A PARTY)

---

## CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

|  | PTF | DEF |  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [ ] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

---

### PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

United States of America
86 Chambers Street, Third Floor
New York, NY  10007
New York County

### DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

Elk Associates Funding Corporation
747 Third Avenue, 4th Floor
New York, NY 10017
New York County

### DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

---

Check one:    THIS ACTION SHOULD BE ASSIGNED TO:    [ ] WHITE PLAINS    [x] MANHATTAN
            (DO NOT check either box if this a PRISONER PETITION.)

---

DATE 2/14/2013    SIGNATURE OF ATTORNEY OF RECORD      ADMITTED TO PRACTICE IN THIS DISTRICT
                                        [ ] NO
RECEIPT #          *(signature)*                     [x] YES (DATE ADMITTED Mo. Nov. Yr. 2005 )
                                        Attorney Bar Code #LP2270

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

MAG. JUDGE BECK

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____ .

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)

JUDGE COTE

13 CV 1045

COPY

PREET BHARARA
United States Attorney for the
Southern District of New York
By:   LOUIS A. PELLEGRINO
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone:  (212) 637-2689
Facsimile:  (212) 637-2686
Email:   louis.pellegrino@usdoj.gov

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

———————————————————————
UNITED STATES OF AMERICA,                    )
on behalf of its agency, the United          )
States Small Business Administration,        )
                                             )
                    Plaintiff,               )
                                             )
          vs.                                )          12 Civ. _____
                                             )
ELK ASSOCIATES FUNDING CORP.,                )
                                             )
                    Defendant.               )
———————————————————————

RECEIVED
FEB 1 4 2013
U.S.D.C. S.D. N.Y.
CASHIERS

## COMPLAINT FOR RECEIVERSHIP AND INJUNCTION

     Plaintiff, the United States of America, on behalf of its agency, the United States

Small Business Administration, by its attorney Preet Bharara, United States Attorney for

the Southern District of New York, alleges upon information and belief as follows:

## PRELIMNARY STATEMENT

     1.     This is a civil action brought by the United States on behalf of the Small

Business Administration (hereinafter, "SBA," "Agency" or "Plaintiff"), to enforce the

terms of a settlement agreement, including entry of  a Consent Order of Receivership.

## PARTIES

2.      Plaintiff SBA's central office is located at 409 Third Street, S.W.,

Washington, DC 20416.

3.      Defendant, Elk Associates Funding Corporation (hereinafter "Elk" or

"Licensee"), maintains its principal place of business at 747 Third Avenue, 4th Floor,

New York, NY 10017.

4.      Elk's sole shareholder is AmeriTrans Capital Corporation.

## JURISDICTION AND VENUE

5.      Jurisdiction is conferred on this Court by virtue of the Small Business

Investment Act of 1958, as amended (hereinafter, the "Act"), Sections 308(d), 311, and

316; 15 U.S.C. §§687(d), 687c, 687h; the Small Business Act, 15 U.S.C. §634(b)(1); and

28 U.S.C. §1345.

6.      Venue is proper under 15 U.S.C. §§ 687(d), 687h and 28 U.S.C. §1391(b).

## STATUTORY FRAMEWORK AND FACTUAL BACKGROUND

7.      On or about July 24, 1980, Elk was licensed by SBA as a Small Business

Investment Company ("SBIC") pursuant to Section 301(c) of the Act, 15 U.S.C. §681(c)

as SBA License 02/02-5377, solely to do business under the provisions of the Act and the

Regulations.

8.      Section 308(c) of the Act, 15 U.S.C. §687(c), empowers SBA to prescribe

regulations to carry out the provisions of the Act and to govern the operations of SBICs.

SBA has duly promulgated such regulations, which are codified at Title 13 of the Code of

Federal Regulations, Part 107 (the "Regulations").

2

9.      Section 303 of the Act, 15 U.S.C. §683, authorizes SBA to provide financing to licensed SBICs.  Pursuant to Section 303 of the Act, 15 U.S.C. §683, SBA provided funds to Elk through the purchase and/or guaranty of debentures, a form of leverage, as those terms are defined under the Regulations.

10.     Currently, there remains $21,075.000 in outstanding debenture leverage.

11.     The debentures described in paragraphs 9-10, above, are expressly subject to and incorporated by reference in the Regulations, including but not limited to 13 C.F.R. §§107.1810, 1830-1850 and §107.507.

12.     Section 308(d) of the Act, 15 U.S.C. §687(d), provides that upon determination and adjudication of noncompliance or violation of the Act or the regulations, all of the rights, privileges and franchises of a licensee, such as Elk, may be forfeited and the company may be declared dissolved.

13.     Section 311 of the Act, 15 U.S.C. §687c, provides that upon a determination by SBA that a licensee, such as Elk, has engaged in or is about to engage in any acts or practices which constitute or will constitute a violation of the Act or of any rule or regulation promulgated pursuant to the Act, or of any order issued under the Act, then SBA may make application for an injunction, and such Court shall have jurisdiction of such action and grant a permanent or temporary injunction, or other relief without bond, upon a showing that such licensee has engaged in or is about to engage in any such acts or practices. The Court is authorized to appoint SBA to act as receiver for such licensee.

14.     On or about March 20, 2012, Elk filed a complaint and motion for preliminary injunction and temporary restraining order in the United States District Court

3

for the District of Columbia against the U.S. Small Business Administration styled <u>Elk</u> <u>Associates Funding Corporation v. U.S. Small Business Administration et. al</u>, Case No. 12-cv-00438 ("the Action").

15.     On or about October 31, 2012, Elk and SBA entered into a Settlement Agreement ("the Agreement") and filed a Joint Stipulation of Dismissal of the Action.

16.     As partial consideration for the Settlement Agreement, Elk agreed that on or before the 45th day after execution of the Agreement, Elk would tender $7,900,000 via wire transfer in one lump sum in full satisfaction of Elk's outstanding debenture leverage.

17.     Via written agreement executed on or about December 7, 2012, SBA and Elk agreed to extend the date for payment of the $7,900,000 referenced in paragraph 15, above, through January 7, 2013.

18.     As partial consideration for the Agreement, Elk agreed to execute a Consent Order of Receivership to be filed by SBA only in the event Elk failed to make its $7,900,000 payment as required under the Agreement.

19.     To date, Elk has failed to make its payment as agreed.

20.     To date, Elk has failed to honor the terms of the Agreement.

<u>**COUNT ONE**</u>

**BREACH OF CONTRACT**

21.     Paragraphs 1 through 20 are incorporated herein by reference.

22.     Elk's failure to make payment as agreed and failure to honor the terms of the Agreement has injured SBA in the amount of at least $7,900,000.

4

23.     Elk's failure to honor the terms of the Agreement is a violation of 13

C.F.R. 107.507 (a), *Nonperformance*, as Elk failed to perform under a written agreement

with SBA.

23.     As a consequence of Elk's failure to make its payment and honor its

agreement, SBA is entitled to entry of the Consent Order of Receivership executed by

Elk.

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff prays as follows:

A.     That this Court enter the Consent Order of Receivership and grant

injunctive relief, both preliminary and permanent in nature, restraining and enjoining Elk,

its past or present general partner(s), managers, management company, directors,

officers, agents, employees, and other persons acting in concert therewith from: (1)

making any disbursements of Elk's funds; (2) using, investing, conveying, disposing,

executing or encumbering in any fashion any funds or assets of Elk's, wherever located;

and (3) further violating the Act or the regulations promulgated thereunder.

B.     That this Court determine and adjudicate Elk's noncompliance with and

violation of the Act and the Regulations promulgated thereunder.

C.     That this Court, pursuant to 15 U.S.C. §687c, take exclusive jurisdiction of

Elk and all of its assets, wherever located, appoint SBA as receiver of Elk for the purpose

of marshaling and liquidating the assets of Elk and satisfying the claims of creditors as

approved by this Court, and such other relief as contained in the Consent Order filed

herewith.

D.     That this Court enter judgment in the amount of $20,806,071.32 (as of

February 4, 2013), consisting of principal in the amount of $20,780,332.33 in principal plus $25,738.99 in interest through February 4, 2013, until the date of judgment, together with post judgment interest pursuant to 28 U.S.C. § 1961 as of the date judgment is entered.

   E. That this Court grant such other relief as may be deemed just and proper.

Dated: New York, New York
   February 14, 2013

       Respectfully submitted,

       PREET BHARARA
       United States Attorney
       Southern District of New York

       LOUIS A. PELLEGRINO
       Assistant United States Attorney
       86 Chambers Street, 3rd Floor
       New York, New York 10007
       Telephone: (212) 637-2689
       Facsimile: (212) 637-2686
       Email: louis.pellegrino@usdoj.gov