**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| on behalf of its agency, the United ) | |
| States Small Business Administration ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 13 Civ. 1326-(LAW) |
| ) | |
| ELK ASSOCIATES FUNDING CORP., ) | |
| ) | |
| Defendant. ) | |

**RECEIVER'S MOTION FOR ENTRY OF AN ORDER APPROVING THE RECEIVER'S RECOMMENDED DISPOSITION OF CLAIMS AUTHORIZING PAYMENT OF APPROVED CLAIMS AND ESTABLISHING SUMMARY DISPOSITION PROCEEDINGS**

COMES NOW the United States Small Business Administration ("SBA") as Receiver (the "Receiver") for Elk Associates Funding Corp. ("Elk") and hereby moves this Court for entry of an Order Approving the Receiver's Recommended Disposition of Claims, Authorizing Payment of Claims and Establishing Summary Disposition Procedures undertaken in accordance with this Court's Order of April 10, 2014.

WHEREFORE, for the reasons more fully described in the Memorandum of Law in support of this Motion filed simultaneously herewith, the Receiver respectfully requests that this Court grant this Motion and enter the proposed Order submitted as an exhibit to this Motion.

Dated: January 30, 2015                            Respectfully submitted,

/s _____
ARLENE M. EMBREY
Trial Attorney
U.S. Small Business Administration
409 Third Street, S.W., Seventh Floor
Washington, D.C. 20416
Telephone:    (202) 205-6976
Facsimile:    (202) 481-0324
Arlene.embrey@sba.gov

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 30th day of January, 2015, I caused the foregoing

Plaintiff's Motion for an Order Approving the Receiver's Determination of Claims, Authorizing

payment of Approved Claims and Establishing Summary Disposition Proceedings with Exhibit,

Memorandum in Support thereof and proposed Order with exhibit to be sent to the foregoing via

first class mail, postage prepaid, and/or via this Court's electronic notification system:

Mary Dickman, Esq.
United States Attorney's Office
Eastern District of New York
One Pierrepont Plaza
14th Floor
Brooklyn, NY 11201
Mary.dickman@usdoj.gov

Louis A. Pellegrino, Esq.
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Louis.pellegrino@usdoj.gov

Trans Union LLC
PO Box 99506
Chicago, IL 60693

Iron Mountain
100 Campus Drive
Collegeville, PA 19426

Porzio Bromberg & Newman, PC
100 Southgate Parkway
P.O. Box 1997
Morristown, PA 07962

Seyfarth Shaw, LLP
131 South Dearborn Street
Suite 2400
Chicago, IL 60603

3

Fundex Capital
50 Main Street
#1000
White Plains, N.Y. 10606


Bridge Funding Inc.
50 Main Street
#1000
White Plains, N.Y. 10606

Critical Capital Corp
4 Carter Street
New Canaan, CT 06840

Marino Partners, LLP
15 Fisher Lane, Suite 200
White Plains, N.Y. 10603

Peter Montoni
G.E. Capital Corporation
201 Merritt 7
Norwalk, CT 06851


/s _____
Arlene  M. Embrey