## GOTTESMAN, WOLGEL, FLYNN, WEINBERG & LEE, P.C.
A Professional Corporation Incorporated in the State of New York

SAMUEL GOTTESMAN (1905-1974)  
HAROLD H. WOLGEL (1920-2010)  
LAWRENCE L. FLYNN  
STEVEN WEINBERG  
STEWART W. LEE ◊  

———

RICHARD B. DEMAS  
SUSANNA REQUETS ◊  
KELSEY BILODEAU ◊  
CHARLOTTE LICKER ◊  

◊ Also Admitted in New Jersey

ATTORNEYS AT LAW  
11 HANOVER SQUARE  
NEW YORK, N.Y. 10005-2870  

TELEPHONE (212) 495-0100  
FACSIMILE  (212) 480-9797  

WRITER'S E-MAIL:  
slee@gottesmanlaw.com  

IN REPLY REFER TO  
14863

March 2, 2015

*VIA ELECTRONIC CASE FILING*  
*and FIRST-CLASS MAIL*

The Honorable Leonard D. Wexler  
United States District Court  
for the Eastern District of New York  
944 Federal Plaza  
Central Islip, New York 11722  

      Re:    Civil Case No. 13-CV-1326  
                  United States of America v. Elk Associates Funding Corp.

Dear Judge Wexler:

    We are local counsel for the United States Small Business Administration ("SBA") as the court appointed receiver ("Receiver") for Elk Associates Funding Corp. ("ELK").

    With reference to Your Honor's Order electronically filed on February 26, 2015, we respectfully propose to the Court the following three alternative dates for a status conference: (i) Friday, March 20, 2015, (ii) Friday, March 27, 2015, or (iii) Friday, April 3, 2015.  The County of Orange's counsel, Matthew J. Nothnagle, Esq., is amenable to each of the proposed dates.

    We remain available to answer any inquiry that this Court may have.

    Thank you.

                                Very truly yours,

                                Stewart W. Lee