# GOTTESMAN, WOLGEL, FLYNN, WEINBERG & LEE, P.C.
A Professional Corporation Incorporated in the State of New York

SAMUEL GOTTESMAN (1905-1974)
HAROLD H. WOLGEL (1920-2010)
LAWRENCE L. FLYNN
STEVEN WEINBERG
STEWART W. LEE ◊

RICHARD B. DEMAS
SUSANNA REQUETS ◊
KELSEY BILODEAU ◊
CHARLOTTE LICKER ◊

◊ Also Admitted in New Jersey

ATTORNEYS AT LAW
11 HANOVER SQUARE
NEW YORK, N.Y. 10005-2870

TELEPHONE (212) 495-0100
FACSIMILE (212) 480-9797

WRITER'S E-MAIL:
slee@gottesmanlaw.com

IN REPLY REFER TO
14863

March 16, 2015

*VIA ELECTRONIC CASE FILING*
*and FIRST-CLASS MAIL*

The Honorable Leonard D. Wexler
United States District Court
for the Eastern District of New York
944 Federal Plaza
Central Islip, New York 11722

Re: Civil Case No. 13-CV-1326
United States of America v. Elk Associates Funding Corp.

Dear Judge Wexler:

We are local counsel for the United States Small Business Administration ("SBA") as the court appointed receiver ("Receiver") for Elk Associates Funding Corp. ("ELK").

With reference to Your Honor's Order electronically filed on February 26, 2015, and further request by telephone for additional alternative dates we respectfully propose to the Court the following three alternative dates for a status conference: (i) Monday, April 6, 2015, (ii) Tuesday, April 7, 2015, or (iii) Wednesday, April 8, 2015. The County of Orange's counsel, Matthew J. Nothnagle, Esq., is amenable to each of the proposed dates.

We remain available to answer any inquiry that this Court may have.

Thank you.

Very truly yours,

Stewart W. Lee