**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| on behalf of its agency, the United | ) |
| States Small Business Administration | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )    13 Civ. 1326-(LAW) |
| | ) |
| ELK ASSOCIATES FUNDING CORP., | ) |
| | ) |
| Defendant. | ) |
_____ )

**RECEIVER'S MOTION FOR AN ORDER APPROVING AND CONFIRMING THE**
**RECEIVER'S SECOND REPORT FOR THE PERIOD**
**MAY 1, 2014 THROUGH APRIL 30, 2015**

COMES NOW the United States Small Business Administration ("SBA"), court

appointed receiver ("Receiver") for Elk Associates Funding Corp. ("Elk") by Order of this Court

entered February 10, 2012, and hereby moves this Court for entry of an Order Approving and

Confirming the Receiver's Second Report for the Period Beginning May 1, 2014 through

April 30, 2015.  The Receiver's Second Report is filed as an exhibit simultaneously herewith.

WHEREFORE, for the reasons more fully described in the Memorandum of Law in

support of this Motion filed simultaneously herewith, the Receiver respectfully requests that this

Court grant this Motion and enter the proposed Order submitted as an exhibit to this Motion.

Dated:  July 21, 2015                          Respectfully submitted,


                                               /s _____
                                               ARLENE M. EMBREY
                                               Trial Attorney
                                               U.S. Small Business Administration
                                               409 Third Street, S.W., Seventh Floor
                                               Washington, D.C. 20416
                                               Telephone:     (202) 205-6976
                                               Facsimile:     (202) 481-0324
                                               Arlene.embrey@sba.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of July, 2015, I caused the foregoing

Plaintiff's Motion for an Order Approving and Confirming the Receiver's Second Report for the

Period May 1, 2014 Through April 30, 2015 with Exhibit, Memorandum in Support thereof and

proposed Order with exhibit to be sent to the foregoing via first class mail, postage prepaid,

and/or via this Court's electronic notification system:

> Mary Dickman, Esq.
> United States Attorney's Office
> Eastern District of New York
> One Pierrepont Plaza
> 14th Floor
> Brooklyn, NY 11201
> Mary.dickman@usdoj.gov


> Louis A. Pellegrino, Esq.
> Assistant United States Attorney
> 86 Chambers Street, 3rd Floor
> New York, New York 10007
> Louis.pellegrino@usdoj.gov


/s_____
Arlene  M. Embrey