# GOTTESMAN, WOLGEL, FLYNN, WEINBERG & LEE, P.C.

A Professional Corporation Incorporated in the State of New York

| | | |
|---|---|---|
| SAMUEL GOTTESMAN (1905-1974)<br>HAROLD H. WOLGEL (1920-2010)<br>LAWRENCE L. FLYNN<br>STEVEN WEINBERG<br>STEWART W. LEE ◊<br><br>RICHARD B. DEMAS<br>KELSEY BILODEAU ◊<br>CHARLOTTE LICKER ◊<br>◊ Also Admitted in New Jersey | ATTORNEYS AT LAW<br>11 HANOVER SQUARE<br>NEW YORK, N.Y. 10005-2870<br><br>TELEPHONE (212) 495-0100<br>FACSIMILE (212) 480-9797 | WRITERS E-MAIL:<br>kbilodeau@gottesmanlaw.com<br><br>IN REPLY REFER TO<br>14863 |

November 22, 2019

<u>**VIA ELECTRONIC CASE FILING**</u>
<u>**AND FIRST-CLASS MAIL**</u>
The Honorable Joanna Seybert
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

   Re: Civil Action No. 13-cv-1326 (JS/GRB)
     <u>United States of America v. Elk Assoc. Funding Corp.</u>

Dear Judge Seybert:

  We are local counsel for the U.S. Small Business Administration as Receiver for Elk Associates Funding Corp. (the "Receiver").

  Please find enclosed Your Honor's Courtesy Copy of:

(i) the Receiver's Opposition to Former Officer and Directors of Elk Feinsod and Feinstein's Motion for an Order Lifting the Judicial Stay for a Limited Purpose including the Affirmation of Steven Weinberg, Esq. in Opposition and the Receiver's Memorandum of Law in Opposition; and

(ii) the Receiver's Motion for an Order Lifting the Judicial Stay for a Limited Purpose to renew and enforce the September 24, 2010 judgment against Andy Fur Dry Cleaning Inc., Andy Furs Inc., Andy Fur Shearing, Inc. n/k/a Andy Fur Services, Inc., and Irene Renee Zoumis, including the Receiver's Notice of Motion, the Affidavit of Christine Lewis in Support, the Receiver's Memorandum of Law in Support and a Proposed Order,

which were electronically filed and served today in the above-captioned action. We remain available to answer any inquiry that this Court may have.

  Thank you.

                   Respectfully submitted,

                   Kelsey Bilodeau

CC: All Parties (VIA ECF ONLY)