Judge Seybert

Telephone Oral Argument     7/30/2020 2:15pm

United States of America v. Elk Associates Funding Corp.

13-cv-01326-JS-SIL

Court reporter: Marie Foley

**Appearances:**

<u>Movant</u> County of Orange            none

<u>Receiver</u> U. S. Small Business Administration as Receiver for Elk Associates Funding Corp.
  represented by   Kelsey Bilodeau
        Steven Weinberg
        Arlene M. Embrey

<u>Plaintiff</u> United States of America, U.S. Small Business Administration
  represented by   none

<u>Defendant</u> Elk Associates Funding Corp.

  represented by   Justin Vaun Shur

<u>Claimant</u> Marino Partners LLP

  represented by   none

<u>Interested Party</u> Michael Feinsod, Richard L. Feinstein
  represented by   Sara Ellen Margolis

<u>Interested Party</u> John Desmond, Chapter 7 Trustee of Ameritrans Capital Corporation
  represented by   John Desmond, Pro Se

```
MINUTE ORDER:
ARGUMENT HEARD ON MOTIONS [104], [107].  DECISION RESERVED ON
[104];  GRANTED [107].
```